IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| BRADLEY WENDT,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF DENISON, IOWA,<br><br>    Defendant. | Case No. 5:16-cv-04130-LTS<br><br><br>**STIPULATED VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE** |

The parties have reached a settlement to resolve Plaintiff's claims. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41(a)(2), Plaintiff Bradley Wendt hereby voluntarily dismisses his claims with prejudice.

WHEREFORE, the parties respectfully request the Clerk of Court record the dismissal with prejudice of Plaintiff's claims.

| | |
|---|---|
| ___/s/ David Albrecht_____<br>FIEDLER & TIMMER, P.L.L.C.<br>David Albrecht AT0012635<br>david@employmentlawiowa.com<br>8831 Windsor Parkway<br>Johnston, IA 50131<br>Telephone: (515) 254-1999<br>Fax: (515) 254-9923<br>ATTORNEYS FOR PLAINTIFF | ___/s/ Greg Barntsen_____<br>Gregory G. Barntsen AT0000623<br>SMITH PETERSON LAW FIRM, LLP<br>The Sawyer Building<br>133 West Broadway, P.O. Box 249<br>Council Bluffs, IA 51502<br>Telephone: (712) 328-1833 Fax: (712) 328-8320<br>ggbarntsen@smithpeterson.com<br>ATTORNEYS FOR DEFENDANT CITY OF DENISON, IOWA |